
FILED by CF D.C.
ELECTRONIC

Feb 28, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20125-CR-MOORE/TORRES

18 U.S.C. § 911
42 U.S.C. § 408(a)(7)(B)

UNITED STATES OF AMERICA

vs.

RYAN MARTIN VASSELL,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 1, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RYAN MARTIN VASSELL,**

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he presented a birth certificate from the United States Virgin Islands in the name of "L.H.," as proof of his identity, in an attempt to induce and secure the issuance of a State of Florida Identification Card, in violation of Title 18, United States Code, Section 911.

### COUNT 2

On or about September 1, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RYAN MARTIN VASSELL,**

for the purpose of obtaining a State of Florida Identification Card and with the intent to deceive, did knowingly and falsely represent a number, that is XXX-XX-8497, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BENJAMIN D. ROSEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RYAN MARTIN VASSELL,

    Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

X  Miami  ___ Key West
___ FTL  ___ WPB  ___ FTP

New Defendant(s)  Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  NO
   List language and/or dialect  _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)

  I   0 to 5 days   X      Petty   ___
  II  6 to 10 days  ___    Minor  ___
  III 11 to 20 days  ___   Misdem. ___
  IV  21 to 60 days  ___   Felony  X
  V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No)  No
If yes:
Magistrate Case No.  _____
Related Miscellaneous numbers:  _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of  _____
Rule 20 from the  _____  District of  _____

Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  X No

                                              _____
                                            BENJAMIN D. ROSEN
                                            SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                            Court ID No. A5501612

*Penalty Sheet(s) attached                                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RYAN MARTIN VASSELL

**Case No:**

Count #:1

False Claim of United States Citizenship

Title 18, United States Code, Section 911

**\*Max. Penalty:** 3 Years' Imprisonment

Count #: 2

Falsely Representing a Social Security Number

Title 42, United States Code, Section 408(a)(7)(B)

**\*Max. Penalty:** 5 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.