CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## U.S. MAGISTRATE JUDGE EDWIN G. TORRES

James Lawrence King Federal Justice Building
April 16, 2012   3:00 p.m.

Clerk:  Maedon Clark        D.A.R.  14:59:10       Court Reporter:    Larry Herr

### 12-20125-CR-MOORE/TORRES

**UNITED STATES OF AMERICA**
*Benjamin Rosen, Assistant U.S. Attorney*

vs

**RYAN MARTIN VASSELL (J) #99187-004**
*Samuel Randall, Assistant Federal Public Defender*

| | |
|---|---|
| **REASON FOR HEARING** | **CHANGE OF PLEA** |
| **RESULT OF HEARING** | Parties agree to the Change of Plea Hearing before U.S. Magistrate Judge Edwin G. Torres |
| | Defendant sworn - Plea Colloquy |
| | Factual Proffer (Court Exhibit A) |
| | Defendant pleads guilty to Count 1 of the indictment. |
| | Count 2 to be dismissed at sentencing. |
| | The Court finds defendant competent and will recommend to U.S. District Court Judge K. Michael Moore to accept the defendant's plea of guilty. |
| | Deft remains in custody. |
| | Sentencing scheduled before Judge Moore on Monday, July 2, 2012 @ 2:00 p.m. |