COURT EXHIBIT
12-20125-CK-
CASE NO. MOORE
EXHIBIT NO. A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CR-20125-MOORE

UNITED STATES OF AMERICA
    Plaintiff,

vs.

RYAN MARTIN VASSELL,
    Defendant.
_____/

## FACTUAL PROFFER

If this matter had proceeded to trial, the government would have proven the defendant's guilt beyond a reasonable doubt.

The Miramar Police Department came into contact with Ryan Martin Vassell on December 16th, 2011, outside Stingerz nightclub where a shooting had taken place. Vassell had been shot while in the driver's seat of his vehicle and the passenger of his vehicle was shot and killed. Vassell was in possession of a Florida driver's license in the name "L.H." during this encounter.

After medical treatment Vassell was released to the custody of the Miramar Police Department due to an outstanding warrant for his arrest. The arrest warrant was a result of absconding after posting bail in a possession of marijuana and possession of a firearm case. On February 15, 2011 Vassell entered a guilty plea to misdemeanor possession of marijuana and the felony gun charge was dropped.

ICE agents obtained and reviewed the A-file pertaining to Vassell. They discovered that he is not a citizen of the United States but is a citizen and national of Jamaica.

ICE agents continued their investigation by querying the Florida Department of Motor Vehicles database, commonly known as "DAVID". The database disclosed that on September 1, 2010, Vassell applied for and obtained a Florida Identification Card, under the name "L.H.", DOB 06/09/1978. In that application he claimed to be a United States Citizen. To obtain the Identification Card Vassell presented a social security card, XXX-XX-8497 and birth certificate from the U.S. Virgin Islands. All of the documents were scanned and images retained by the Florida Department of Motor Vehicles. He made the application at a DMV Office located in Miami, Florida.

Additional inquires revealed that Vassell applied for and received a Florida Driver's License under the name "L.H." on November 16, 2010. He again claimed to be a United States citizen in the application.

The FDMV inquiry revealed prior applications by the real "L.H.". The photograph is not the same individual, and height of the two individuals shows great disparity, with the real "L.H." reporting to be 5'7" and Vassell posing as "L.H." reporting his height at 6'5". Agents ran both the real "L.H." and Vassell in NCIC. Both of the individuals have criminal records. The NCIC reports reveal distinct FBI numbers for "L.H." and for Vassell. The NCIC reports also indicate disparate identifying marks. Records checks also confirmed that the social security number used to obtain the Florida Driver's License in the name "L.H." had not been assigned to Vassell.

Post *Miranda*, Vassell admitted to having obtained and used the driver's license in the name "L.H.".

The government would show that the defendant undertook such actions in the Southern District of Florida.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 4/16/12   By: _____
Benjamin D. Rosen,
Special Assistant United States Attorney

Date: 4/16/12   By: _____
Ryan Martin Vassell

Date: 4/16/12   By: _____
Samuel Randall,
Assistant Federal Public Defender
Attorney for Ryan Martin Vassell

3